# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ENRIQUE ROGELIO GARROTE, *and all others similarly situated under 29 U.S.C. § 216(b)*,

    Plaintiff,

vs.

MD PROFESSIONAL GROUP CORP. and LAZARO MOREIRA,

    Defendants.

15-cv-22519-Williams/Simonton

## SUMMONS IN A CIVIL ACTION

To:
MD PROFESSIONAL GROUP CORP
Registered Agent: MOREIRA, LAZARO
7480 SW 40TH STREET SUITE 820
MIAMI, FL 33155



7/8/2015
11 2 PM
Carmen Villa
office manager

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. ZIDELL P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 6, 2015__

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *CV-22579*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MD Professional Group__
was received by me on *(date)* __7/6/16__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Carmen Villa MCA__, who is designated by law to accept service of process on behalf of *(name of organization)* __MD Professional Group Corp__ on *(date)* __7/8/15__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__

I declare under penalty of perjury that this information is true.

Date: __7/8/15__

Server's signature

Frank Ayllon
*Printed name and title*

Server's address

Additional information regarding attempted service, etc: