# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO: 15-cv-22465-UU

MANUEL L SALVAREZZA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
KELLEY COLLISION CENTER )
CORPORATION, et al. )
)
        Defendants. )
_____ )

SERVED
DATE 7/16/15
TIME 10:10 AM
BY _____ CLER# ___

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
KELLEY VENTURES LLC d/b/a KELLEY COLLISION CENTER
Registered Agent: Kevin P Kelley
550 N.E. 1 Avenue
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/06/2015
_____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Tamisha Powell
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-22465

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kelly Ventures LLC

was received by me on *(date)* 7/6/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kevin Kelly M___ , who is designated by law to accept service of process on behalf of *(name of organization)* Kelly Ventures, LLC on *(date)* 7/6/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 7/6/16

Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO: 15-cv-22465-UU

MANUEL L SALVAREZZA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
            Plaintiff, )
  vs. )
)
KELLEY COLLISION CENTER )
CORPORATION, et al. )
)
           Defendants. )
_____)



SERVED
DATE 7/10/15
TIME 10:10 AM
BY CERT # 47

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
KEVIN P KELLEY
550 N.E. 1 Avenue
Hallandale Beach, FL 33009

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/06/2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Tamisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-22465

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kevin P. Kelley

was received by me on *(date)* 7/6/16

☒ I personally served the summons on the individual at *(place)* 522 NE 1 Ave

Hollywood, Fla                         on *(date)* 7/6/16                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ 20.00  for travel and $ 20.00  for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 7/10/16

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO: 15-cv-22465-UU

MANUEL L SALVAREZZA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
KELLEY COLLISION CENTER )
CORPORATION, et al. )
)
        Defendants. )
_____ )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
PHOENIX MOTORS, INC.
Registered Agent: Kevin P Kelley
827 South State Road 7
North Lauderdale, FL 33068

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/06/2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Tamisha Powell
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
15-22465
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Phoenix Motors inc
was received by me on *(date)* 7/6/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kevin Kelly R/a , who is
designated by law to accept service of process on behalf of *(name of organization)* Phoenix
Motors Inc on *(date)* 7/10/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 7/14/15

_____
Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: