UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-22465-UU

MANUEL L. SALVAREZZA,

    Plaintiff,

v.

KELLEY COLLISION CENTER CORP., *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to the Court's Order Setting Initial Planning and Scheduling Conference, D.E. 14, the parties' Joint Planning and Scheduling Report was due on September 4, 2015. However, no Report has been filed. It also appears that service has not yet been made on Defendants Kelley Collision Center Corporation, Michael Moran, Grant Fitzwilliam, and Kelley Automotive, Inc. Accordingly it is

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause, by **Friday, September 11, 2015**, for why he has not filed a Joint Planning and Scheduling Report. Alternatively, he may file the parties' Report by that date. If service has not been made on Defendants, Plaintiff must apprise the Court of its efforts in effecting service. **Failure to abide by this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this 8th day of September, 2015.

*Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record