UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-22465-UU

MANUEL L. SALVAREZZA,

    Plaintiff,

v.

KELLEY COLLISION CENTER CORP., *et al.*,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to the Court's Order of Referral to Mediation, D.E. 21, entered on September 17, 2015, the parties should have filed their Notice of Mediator Selection by October 2, 2015 at the latest – fifteen days following entry of the Order. No such notice has been filed. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, on or by **Friday, October 9, 2015**, why he has not filed the Notice of Mediator Selection. Alternatively, the parties may submit their agreed upon mediator by that deadline, or notify the Clerk in writing that no agreement as to a mediator has been reached so that the Clerk can designate a mediator from the List of Certified Mediators. **Failure to comply with this order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of October, 2015.

*[signature]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record